IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| SARAH E. GRAHAM, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 8:15-CV-00223-JFB-TDT |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| EXAMINATION MANAGEMENT | ) | |
| SERVICES, INC., a Nevada Corporation, | ) | |
| and LESLIE BLACKMAN, an Individual, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Parties' Joint Stipulation and Motion to Dismiss (Filing No. 33). The Joint Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Parties will pay their own costs. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Stipulation and Motion to Dismiss (Filing No. 33) is approved.

2. The above-captioned action is dismissed with prejudice.

Dated this 7th day of June, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

Kenneth M. Wentz III, NE# 23580
Sarah J. Millsap, NE# 23840
**JACKSON LEWIS P.C.**
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
(402) 391-1991
(402) 391-7363 FAX
wentzk@jacksonlewis.com
sarah.millsap@jacksonlewis.com

Michael J. Merrick, NE# 19855
**MERRICK LAW FIRM, L.L.C.**
Historic Library Plaza
1823 Harney Street, Suite 300
Omaha, Nebraska   68102
(402) 951-9330
(402) 513-6504 FAX
merrick@merricklawfirm.com

4822-2054-1490, v.  1